Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Douglas Greg DEL CAMPO, SR. |
| **Docket Number:** | 1:10CR00139-01 |
| **Offender Address:** | Sonora, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 01/24/2011 |
| **Original Offense:** | 18 USC 1709 - Theft of Mail by United States Postal Service Employee (CLASS D FELONY) |
| **Original Sentence:** | 24 months probation; $100 special assessment; $40 restitution |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Financial restrictions; 4) Drug/Alcohol testing; 5) Unemployment/Community Service; 6) No dissipation of assets; 7) 120 hours of unpaid community service |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 01/24/2011 |
| **Assistant U.S. Attorney:** | Susan Phan     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Jeremy S. Kroger     **Telephone:** (559) 487-5561 |

RE:   Douglas DEL CAMPO SR.
      Docket Number: 1:10CR00139-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

<u>10/25/2011:</u>        Prob 12B - Petition to Modify the Conditions of Supervision filed with the Court, modifying the conditions of supervision to reside and participate in a residential community corrections center (RRC) as directed by the probation officer for a period up to 90 days. Request made to the Court based on the offender's failure to notify the probation officer of his new address, unauthorized travel, failure to complete his community service hours, and failure to pay any restitution and/or special assessment.

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community corrections center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** Since the offender's placement in the residential community corrections center in November 2011, he has completed his community services hours and he seems to be more focused in abiding by the Court's conditions. Mr. Del Campo is scheduled to release from the RRC on February 9, 2012; however, his release plan has taken a new direction. On February 3, 2012, the undersigned was contacted by the offender and he stated he cannot return to his wife's residence as they are separating. He believes by returning to that residence, he would place himself in a hostile situation. The offender has no other relatives that will assist him. Originally, Mr. Del Campo's focus while at the RRC was to complete his community service hours and return to his wife's residence to look for work. Based on the offender's current situation, wherein he will be homeless on February 9, 2012, he is in agreement that remaining at the RRC is in his best interest until

RE: **Douglas DEL CAMPO SR.**
    **Docket Number: 1:10CR00139-01**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

securing a verifiable residence and employment. The focus for Mr. Del Campo will be employment now that his community service is completed. The offender has not paid his restitution or his special assessment.

Based on the offender's unstable living situation and his unemployment status, he has agreed to continue residing at the residential community corrections center for up to 180 days, should the Court grant this request. The undersigned believes the structured environment will continue to help the offender maintain stability. Should he fail to abide by his conditions of probation, the undersigned will notify the Court.

Respectfully submitted,

/s/ Jack C. Roberson

**JACK C. ROBERSON**
**United States Probation Officer**
Telephone: (209) 574-9481

**DATED:** February 7, 2012
Modesto, California
JCR/lr

**REVIEWED BY:** /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

RE:   Douglas DEL CAMPO SR.
      Docket Number: 1:10CR00139-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


cc:   United States Probation
      Susan Phan, Assistant United States Attorney
      Jeremy S. Kroger, Assistant Federal Defender
      Defendant
      Court File

IT IS SO ORDERED.

Dated:   February 8, 2012                              _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE